

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        In re Tamsin Jacky and Kevin Squyres

Appellate case number:    01-16-00236-CV

Trial court case number:  412,110

Trial court:                      Probate Court No 3 of Harris County

Date motion filed:            September 23, 2016

Party filing motion:          Real Party in Interest


It is ordered that the motion for en banc reconsideration is ⊠ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                              ☐ Acting Individually ⊠ Acting for the Court


En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd


Date: January 12, 2017